# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SILVERS,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:25-cv-00185-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 16) |

On June 6, 2025, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d). (ECF No. 16.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of SEVEN THOUSAND FOUR HUNDRED NINETY NINE DOLLARS AND 44/100 ($7,499.44) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __June 9, 2025__

                                         STANLEY A. BOONE<br>
                                       United States Magistrate Judge